**UNITED STATES of America,**
**Appellee,**

v.

**William Edward JONES, III, Appellant.**

**No. 03–3032.**

United States Court of Appeals,
Eighth Circuit.

Submitted Feb. 5, 2004.

Decided Feb. 18, 2004.

Lawrence E. Miller, U.S. Attorney's Office, Jefferson City, MO, for Appellee.

William Edward Jones, III, pro se, Harrisburg, MO, for Appellant.

Before MORRIS SHEPPARD ARNOLD, FAGG, and SMITH, Circuit Judges.

PER CURIAM.

William Edward Jones, III, appeals the sentence the district court[1] imposed after he pleaded guilty to possessing a firearm not registered to him in the National Firearms Registration and Transfer Record, in violation of 26 U.S.C. § 5861(d), and to possessing with intent to distribute a mixture or substance containing methamphetamine, in violation of 21 U.S.C. § 841(a)(1). Jones's counsel has moved to withdraw and filed a brief under *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), questioning whether the court erred in accepting Jones's guilty plea and in imposing a sentence within the Sentencing Guidelines range. Upon our independent review under *Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we find no nonfrivolous issues. While the district court did not fully comply with Federal Rule of Criminal Procedure 11, any errors made by the court did not affect Jones's substantial rights. *See United States v. Vonn*, 535 U.S. 55, 58–59, 122 S.Ct. 1043, 152 L.Ed.2d 90 (2002); *United States v. Olano*, 507 U.S. 725, 734–35, 113 S.Ct. 1770, 123 L.Ed.2d 508 (1993); *United States v. Prado*, 204 F.3d 843, 846 (8th Cir.), *cert. denied*, 531 U.S. 1042, 121 S.Ct. 638, 148 L.Ed.2d 544 (2000). Accordingly, we grant counsel's motion to withdraw, and we affirm.

---

1. The Honorable Scott O. Wright, United States District Judge for the Western District of Missouri.